1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,      )    Case No.:   8:20-cr-00036-JLS-1
                                    )
                 Plaintiff,         )    ORDER OF DETENTION PENDING
12                                  )    FURTHER REVOCATION
                 v.                 )    PROCEEDINGS
13                                  )    (FED. R. CRIM. P. 32.1(a)(6); 18
     Juan Augustin Rivera-Diaz,     )    U.S.C. § 3143(a)(1))
14                                  )
                 Defendant.         )
15   _____)

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the <u>Central</u> District of

18   <u>California</u> for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  ( x )   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            ( x )   information in the Pretrial Services Report and Recommendation

26            ( x )   information in the violation petition and report(s)

27            ( x )   the defendant's nonobjection to detention at this time

28            (   )   other: _____

                                      1

1    and/ or

2    B. ( x )    The defendant has not met his/her burden of establishing by clear and

3              convincing evidence that he/she is not likely to pose a danger to the safety

4              of any other person or the community if released under 18 U.S.C.

5              § 3142(b) or (c).  This finding is based on the following:

6              (x)    information in the Pretrial Services Report and Recommendation

7              (x)    information in the violation petition and report(s)

8              (x)    the defendant's nonobjection to detention at this time

9              (  )    other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  August 19, 2021                    _____

15                                              SHASHI H. KEWALRAMANI
                                                UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28